UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:18-cv-545 (WOB-SKB)

JELANI KHAMISI                                           PETITIONER

VS.                              <u>JUDGMENT</u>

WARDEN, CORRECTIONAL
RECEPTION CENTER                                         RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 2), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 2) be, and hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** subject to the refiling upon exhaustion of petitioner's state court remedies.

This 6th day of September, 2018.



Signed By:
*William O. Bertelsman* WOB
United States District Judge